IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| NICHOLAS ZENDEJAS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:10-CV-00631 REJ |
| | ) | |
| v. | ) | J U D G M E N T |
| | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | |
| a Georgia corporation, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED AND ADJUDGED this matter is dismissed for lack of prosecution, with no costs to any party.

DATED this 15th day of February, 2012.

/s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge